**HONORABLE BRIAN A. TSUCHIDA**

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LARRY G. PHILPOT,<br><br>    Plaintiff,<br><br>v.<br><br>SCRIPPS MEDIA, INC.; and LITERALLY MEDIA LTD.,<br><br>    Defendants. | Case No. 2:20-cv-815<br><br>**CORPORATE DISCLOSURE STATEMENT OF SCRIPPS MEDIA, INC.** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and LCR 7.1(a), Scripps Media, Inc., by and through its undersigned attorneys, submits this Corporate Disclosure Statement and states as follows:

Defendant Scripps Media, Inc. is wholly owned by The E.W. Scripps Company, a publicly traded company on NASDAQ with the stock symbol SSP.

DATED: July 20, 2020                             Respectfully submitted,

FOCAL PLLC

By: *s/ Venkat Balasubramani*
Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 201
Seattle, WA 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
venkat@focallaw.com

CORPORATE DISCLOSURE STATEMENT
(Case No. 2:20-CV-815) – 1

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

*Attorney for Defendant Scripps Media, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

CORPORATE DISCLOSURE STATEMENT
(Case No. 2:20-CV-815) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966