UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY G PHILPOT,<br><br>    Plaintiff,<br><br>  v.<br><br>SCRIPPS MEDIA INC; LITERALLY MEDIA LTD,<br><br>    Defendant. | CASE NO. 2:20-cv-00815-BAT<br><br>**ORDER REGARDING STATUS OF SERVICE** |

On May 29, 2020, Plaintiff filed a Complaint for Copyright Infringement against Scripps Media, Inc. ("Scripps") and Literally Media Ltd., d/b/a Cracked.com ("Literally Media"). Dkt. 1. On June 2, 2020, the Clerk issued summonses for Scripps and Literally Media. Dkt. 3. Scripps has appeared and is scheduled to respond to Plaintiff's Complaint. Dkt. 9. Defendant Literally Media has not appeared and there is no indication that this defendant has been served.

Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 4(m), if a defendant is not served within 90 days after the complaint is filed, the court –on motion or on its own after notice to the plaintiff –must dismiss the action without prejudice against the defendant or order that service be made within a specified time. But, if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER REGARDING STATUS OF SERVICE
- 1

Plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies (of the summons and complaint) to the person who makes service. Fed. R. Civ. P. 4(c)(1).

Accordingly, it is **ORDERED** that Plaintiff shall provide the Court with a status report of its efforts to serve Literally Media by **October 27, 2020**. If Plaintiff requires additional time to complete service, it should so advise the Court, with reasons for needing additional time, and indicating how much additional time is required.

DATED this 20th day of October, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER REGARDING STATUS OF SERVICE
- 2